UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER, | |
|         Plaintiff, | Case No. 2:14-cv-00906-RFB-GWF |
| vs. | **ORDER** |
| LVMPD, et al., | |
|         Defendant. | |

      This matter is before the Court on Plaintiff George A. Toliver's Application to Proceed *In Forma Pauperis* (#10), filed on January 6, 2015.

      The Plaintiff has previously applied for *in forma pauperis* status with this Court (#1). His application was rejected as incomplete, and he was instructed to file a completed form to be considered for *in forma pauperis* status. (#3). The Plaintiff missed his deadline to reapply, and this Court recommended the case be dismissed. District Court Judge Boulware, upon learning that the Plaintiff missed the deadline due to incarceration, granted the Plaintiff 30 days "to either file a completed application to proceed *in forma pauperis* attaching thereto a copy of his complaint, or pay the filing fee of $400.00." (#7, pg. 4). Plaintiff's instant application is complete and meets the requirements to proceed *in forma pauperis*, but does not contain a copy of the Complaint. This Court will consider the application of the Plaintiff when a copy of the complaint is included with the application. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#10) is **denied** without prejudice.  Plaintiff is advised to file a completed copy of the *in forma pauperis* application that includes a copy of his Complaint by **January 22, 2015**.

DATED this 8th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge