**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE A. TOLIVER, )<br>            Plaintiff, )<br>vs. )<br>LVMPD, et al., )<br>            Defendant. ) | Case No. 2:14-cv-00906-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Dkt. #13, the returned mail sent to Plaintiff George Toliver containing this Court's January 8, 2015 Order on the Plaintiff's Motion to Proceed *in forma pauperis*.

The Plaintiff supplied inmate number 1361364 at High Desert State Prison, P.O. Box 650, Indian Springs, NV, 89070 as his address to the Court. The Court's Quality Control department has recently learned that his inmate number is actually 62360. Mr. Toliver appears to have inadvertently supplied the Court with the wrong number. Accordingly,

**IT IS HEREBY ORDERED** that the Court Clerk shall update the Plaintiff's address to:

    George Toliver
    62360
    High Desert State Prison
    Indian Springs, NV
    89070-0650

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the Court Clerk shall mail the Order Regarding Report & Recommendation (#7) and the Order on Motion/Application to Proceed *in forma pauperis* (#12) to the Plaintiff at the updated address.

**DATED** this 21st day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge