# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-00906-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LVMPD OFFICER COLE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for an Order Compelling Discovery (#31), filed on August 17, 2015.

Plaintiff moves this Court for an Order compelling the Las Vegas Metropolitan Police Department ("LVMPD") to provide him with the first name of Defendant Cole. The LVMPD is not a Defendant in this action. *See* Amended Order (#29), p. 6. Plaintiff does not indicate that he attempted to resolve this issue with the LVMPD before bringing this issue before the Court. Plaintiff is instructed to first request that the LVMPD provide him with the Officer's name. Should the LVMPD not voluntarily provide the requested information, Plaintiff is authorized to serve a subpoena upon the LVMPD to require the information be produced. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Order Compelling Discovery (#31) is **denied** without prejudice.

**DATED** this 24th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge