UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE A. TOLIVER, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-00906-RFB-GWF |
| vs. | ) | **ORDER** |
| OFFICER COLE, | ) | |
| Defendant. | ) | |

    Plaintiff George A. Toliver has been granted *in forma pauperis* status by this Court. *See* Amended Order (#29). Plaintiff has been authorized by the Court to submit summons to the Defendants named in the complaint and have the U.S. Marshal deliver them. Plaintiff has submitted a subpoena to serve upon the Las Vegas Metropolitan Police Department in order to determine the first name of Defendant Officer Cole. Plaintiff was instructed by this Court that his *in forma pauperis* status did not extend to the issuance of subpoenas at the Government's expense. Therefore, the Plaintiff must seek out a process server to deliver the subpoena on his behalf.

    **IT IS SO ORDERED.**

    **DATED** this 8th day of October, 2015.

                                               GEORGE FOLEY, JR.
                                               United States Magistrate Judge