# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE A. TOLIVER, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-00906-RFB-GWF |
| vs. | ) | **ORDER** |
| LVMPD, et al., | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Time to Issue Subpoena (#36), filed on December 30, 2015.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests an enlargement of time to effect service of process upon Defendant Cole. Plaintiff argues that his friend, who Plaintiff intended to have issue the subpoena, has misplaced the original subpoena and has failed to remain in contact with Plaintiff. The Court finds that Plaintiff has shown good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Issue Subpoena (#36) is **granted**. Plaintiff shall have until **February 1, 2016** to complete service of process upon Defendant Cole. However, the Court is not ordering the U.S. Marshal to issue the subpoena. Plaintiff has been advised by this Court that his *in forma pauperis* status does not extend to the issuance of subpoenas at the Government's expense.

DATED this 4th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge