**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE A. TOLIVER, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-00906-RFB-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| LVMPD, et al., | )<br>) |
| Defendant. | )<br>) |

      This matter is before the Court on Plaintiff's Motion to Compel (ECF No. 47), filed on August 15, 2016.

      On April 18, 2016, the Court granted Plaintiff's Motion for Service of Subpoena ordering the U.S. Marshals to serve a subpoena compliant with Rule 45 of the Federal Rules of Civil Procedure submitted by Plaintiff upon the Las Vegas Metropolitan Police Department ("LVMPD"). (ECF No. 42).  The Court further ordered that Plaintiff shall have sixty days from the date the subpoena was served upon LVMPD to provide the Court with proof of service of the summons and complaint on Defendant Officer Cole. (ECF No. 42).  On July 13, 2016, the subpoena to LVMPD was returned executed.  (ECF No. 45).  Plaintiff represents that he has not received the requested information from LVMPD.  On July 28, 2016, Plaintiff mailed a letter to the U.S. Marshal's Office asking if the U.S. Marshals will forward the information requested in the subpoena to him or if he must request it from LVMPD.  (ECF No. 46).

      Plaintiff requests an order from the Court compelling the U.S. Marshals to receive the information requested in the subpoena from LVMPD and to forward it to Plaintiff.  Plaintiff does not indicate whether he attempted to resolve this issue by communicating with LVMPD.  Plaintiff

is instructed to communicate with LVMPD to determine whether LVMPD will produce the requested information in compliance with the subpoena.  If unable to resolve this issue by communicating with LVMPD, Plaintiff may file a motion to compel.  In the interim, upon request, the Court will grant an necessary extension of time to serve the Complaint.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (ECF No. 47) is **denied** without prejudice.

DATED this 18th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge