# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE A. TOLIVER,

        Plaintiff,

vs.

LVMPD, et al.,

        Defendant.

Case No. 2:14-cv-00906-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Complaint and Summons to be Granted and Served (ECF No. 65), filed on March 15, 2017.

Plaintiff requests that his Amended Complaint be granted and served. The Court denies this request as premature because Plaintiff's Motion to Amend (ECF No. 61) is pending before the District Judge. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Complaint and Summons to be Granted and Served (ECF No. 65) is **denied**.

DATED this 17th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge