UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GEORGE TOLIVER,

                Plaintiff,

v.

ROGER COLE,

                Defendant.

Case No. 2:14-cv-00906-RFB-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Extend Discovery (ECF No. 91), filed on November 8, 2018. Plaintiff has not filed an opposition and the time for response has now expired.

Defendant requests a sixty (60) day extension of the discovery deadlines. The Court finds that Defendant has shown good cause to extend the discovery deadlines in this matter. In addition, Local Rule 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Plaintiff did not file points and authorities in response to Defendant's instant motion to extend. Therefore, Plaintiff is considered to have consented to the granting of Defendant's motion under LR 7-2(d). Accordingly,

IT IS HEREBY ORDERED that Defendant Roger Cole's Motion to Extend Discovery (ECF No. 86) is **granted**. The following discovery plan and scheduling order dates shall apply:

1.     Discovery cut-off: **February 8, 2019**

2.     Dispositive Motions: **March 11, 2019**

3.     Pre-trial Order: **April 10, 2019**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

Dated this 28th day of November, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1