LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendant Roger Cole*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>          Plaintiff,<br><br>vs.<br><br>OFFICER ROGER COLE,<br><br>          Defendant. | Case No.: 2:14-cv-00906-RFB-GWF<br><br>**OFFICER ROGER COLE'S MOTION TO EXTEND DEADLINE TO SUBMIT JOINT PRE-TRIAL ORDER**<br>**(First Request)** |

Defendant, Officer Roger Cole ("Cole") hereby respectfully requests that the Court extend the deadline to submit a Joint Pre-Trial Order.  This Motion is based on the pleadings and papers on file herein, the following Memorandum of Points and Authorities, and the argument of counsel as may be heard by this Court.

DATED this 22nd day of June, 2020.

KAEMPFER CROWELL


BY:  */s/ Lyssa S. Anderson*
      LYSSA S. ANDERSON (Nevada Bar No. 5781)
      RYAN DANIELS (Nevada Bar No. 13094)
      1980 Festival Plaza Drive, Suite 650
      Las Vegas, Nevada 89135
      *Attorneys for Defendant Roger Cole*

## MEMORANDUM OF POINTS & AUTHORITIES

As this Court is aware, Plaintiff has represented himself in this matter in Proper Person. Cole previously filed a Motion for Summary Judgment. [ECF No. 94]. Plaintiff opposed the Motion and a hearing was held on the Motion on January 15, 2020. The Motion was taken under advisement. On May 22, 2020 this Court denied Cole's Motion for Summary Judgment and set a Status Conference for June 4, 2020. [ECF No. 101].

Cole's Counsel appeared at the Status Conference on June 4, 2020 but Plaintiff did not. This Court issued a Minute Order that directed Plaintiff to notify the Court by July 3, 2020 whether he intends to prosecute this case. [ECF No. 103].

The current deadline for the parties to submit a Joint Pre-Trial Order is June 22, 2020. Plaintiff has not filed any type of Notice with the Court and has not contacted Counsel. As such, Cole requests a thirty (30) day extension of this deadline to allow Plaintiff the opportunity to notify the Court of his intentions as directed and contact Counsel to coordinate a Joint Pre-Trial Order.

DATED this 22nd day of June, 2020.

KAEMPFER CROWELL

BY:  /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant Roger Cole*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2020